MAD
xq290

# UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                Plaintiff,<br><br>    v.<br><br>Jose Luis GONZALEZ-Ramirez,<br><br>                Defendant. | Case No.: '21 MJ2092<br><br>COMPLAINT FOR VIOLATION OF<br><br>Title 18 U.S.C., Sec. 111(a)(1) – Assault on a Federal Officer (Felony) |

The undersigned complainant being duly sworn states:

On or about May 21, 2021, within the Southern District of California, defendant Jose Luis GONZALEZ-Ramirez, did knowingly and intentionally and forcibly assault, resist, oppose, impede, intimidate, and interfere with a person named in Title 18, United States Code, Section 111, to wit a Department of Homeland Security, United States Customs and Border Protection Officer, while the Officer was engaged in the performance of his official duties, such acts involving physical contact with the officer; in violation of Title 18, United States Code, Section 111(a)(1), a felony.

The complainant states that this complaint is based on the attached Probable Cause Statement incorporated herein by reference.

                                              Special Agent Andrew Crotzer
                                              Homeland Security Investigations

Sworn and attested to under oath by telephone, in accordance with Federal Rule of Criminal Procedure 4.1, this 24th of May 2021.

                                              HON. KAREN S. CRAWFORD
                                              U.S. MAGISTRATE JUDGE

## PROBABLE CAUSE STATEMENT

I, Special Agent Andrew Crotzer, declare under penalty of perjury, the following is true and correct:

On May 21, 2021, at approximately 3:55 PM, Jose Luis GONZALEZ-Ramirez, ("GONZALEZ"), a Mexican national, attempted to evade inspection into the United States from Mexico through the Otay Mesa Port of Entry pedestrian lanes. GONZALEZ attempted to hop over an inspection booth, but was apprehended by Customs and Border Protection officers.

GONZALEZ was taken to the security office where officers attempted to obtain his fingerprints. At that time, GONZALEZ struck an officer in the cheek with the back of his hand. As the officer attempted to gain control of GONZALEZ, GONZALEZ struck the officer in the chin with his knee.

GONZALEZ was placed under arrest at approximately 4:45 PM.

GONZALEZ was arrested and charged with a violation of Title 18, United States Code, 111, Assault on a Federal Officer.

Executed on May 22, 2021, at 12:05 AM

_signature_

Andrew Crotzer, HSI Special Agent

1

On the basis of the facts presented in this probable cause statement consisting of 2 pages, I find probable cause to believe the defendant, Jose Luis GONZALEZ-Ramirez, named in this probable cause statement, committed the offense on May 21, 2021, in violation of Title 18, United States Code, 111, Assault on a Federal Officer.

_____  7:31 AM, May 22, 2021

Hon. Michael S. Berg          Date/Time

United States Magistrate Judge